IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WARDELL ALLEN SR., ROBERT BATES, WILLIE BATES, LUIS BAUTISTA, JERRY BELONEY, ERNEST BLUNT, ISIAH BROOKS, DARRYL BROWN, HADEN BROWN, MARCEL BROWN, MIGUEL BUSTAMENTE, IVORY CHANEY, GLENN COBBS, ELLIOT FORD, JOHNNY GAYDEN, ALFRED HAMILTON, STANLEY HARRIS JR., STANLEY HARRIS SR., GLYNN HUBBARD, KESHAWN JACKSON, ANDREW JAMES, BENNIE JOHNSON, TERRY JOHNSON, JAMES KNOX, LEO LANGE III, SERVAN LAWSON, ALFRED LEBANT, AARON MARTIN, DENNENE MOTT, TRIPPOLLA NAPOLEON, DERRICK A. NUTTER, WARREN PECK JR., PATRICK PRICE, AUGUST RICHARDS, LATTEEL ROBERTS, RICKY ROBINSON, LLOYD SMITH, DOROTHY TAYLOR, JEFFERY WASHINGTON, JOE WASHINGTON, ALBERT WILLIAMS, ALFONZO WILLIAMS, D.C. WILLIAMS, DONALD WILLIAMS, and MARY WILLIAMS individually and on behalf of other similarly situated individuals,<br><br>　　　　　Plaintiffs,<br>v.<br><br>WASTE MANAGEMENT, INC., and WASTE MANAGEMENT OF LOUISIANA, INC.<br>　　　　　Defendants. | Case No.: 2:09-cv-7055-AJM-DEK<br><br>**STIPULATION FOR DISMISSAL** |

Having fully resolved the disputes herein,

　　　IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs WARDELL ALLEN SR., ROBERT BATES, WILLIE BATES, LUIS BAUTISTA, JERRY BELONEY, ERNEST BLUNT, ISIAH BROOKS, DARRYL BROWN, HADEN BROWN, MARCEL

BROWN, MIGUEL BUSTAMENTE, IVORY CHANEY, GLENN COBBS, ELLIOT FORD, JOHNNY GAYDEN, ALFRED HAMILTON, STANLEY HARRIS JR., STANLEY HARRIS SR., GLYNN HUBBARD, KESHAWN JACKSON, ANDREW JAMES, BENNIE JOHNSON, TERRY JOHNSON, JAMES KNOX, LEO LANGE III, SERVAN LAWSON, ALFRED LEBANT, AARON MARTIN, DENNENE MOTT, TRIPPOLLA NAPOLEON, DERRICK A. NUTTER, WARREN PECK JR., PATRICK PRICE, AUGUST RICHARDS, LATTEEL ROBERTS, RICKY ROBINSON, LLOYD SMITH, DOROTHY TAYLOR, JEFFERY WASHINGTON, JOE WASHINGTON, ALBERT WILLIAMS,  ALFONZO WILLIAMS, D.C. WILLIAMS, DONALD WILLIAMS, and MARY WILLIAMS, and opt-in Plaintiff NELSON WASHINGTON ("Plaintiffs") and Defendants WASTE MANAGEMENT, INC. and WASTE MANAGEMENT OF LOUISIANA, INC. ("Defendants") (collectively "the Parties"), by and through their undersigned attorneys, that the above-captioned action against Defendants be dismissed with prejudice and without costs to any of the parties pursuant to Federal Rule of Civil Procedure 41(a)(1).

Respectfully submitted,

Dated:  April 8, 2010

s/ Nancy Picard
ROBEIN, URANN,
SPENCER, PICARD & CANGEMI
Nancy Picard (LA #19449) (npicard@ruspclaw.com)
2540 Severn Avenue-Suite 400
Metairie, Louisiana 70002
Telephone: (504) 885-9994/Fax: (504) 885-9969

NICHOLS KASTER, PLLP
Rachhana T. Srey, (MN Bar No. 340133)(srey@nka.com)
(*pro hac vice* application forthcoming)
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200/Fax: (612) 215-6870

**ATTORNEYS FOR PLAINTIFFS**

| | |
|---|---|
| Dated:  April 8, 2010 | s/Thomas P. Hubert |

                JONES, WALKER, WAECHTER, POITEVENT,
                CARRÈRE & DENÈGRE, L.L.P
                Thomas P. Hubert (LA #19625)
                Jane H. Heidingsfelder (LA#28604)
                David K. Theard (LA#31987)
                201 St. Charles Avenue-50th Floor
                New Orleans, Louisiana 70170-5100
                Telephone: (504) 582-8000
                Facsimile: (504) 582-8015
                thubert@joneswalker.com
                jheidingsfelder@joneswalker.com
                dtheard@joneswalker.com

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

  I hereby certify that on April 8, 2010, I caused the above Stipulation for Dismissal to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

  Thomas P. Hubert thubert@joneswalker.com; Jane H. Heidingsfelder jheidingsfelder@joneswalker.com; David K. Theard dtheard@joneswalker.com.

And served via email to the following:

  Rachhana T. Srey srey@nka.com

| | |
|---|---|
| Dated:  April 8, 2010 | ROBEIN, URANN, SPENCER, PICARD & CANGEMI |

                s/Nancy Picard
                Nancy Picard
                2540 Severn Avenue-Suite 400
                Metairie, Louisiana 70002
                Telephone: (504) 885-9994/Fax: (504) 885-9969
                E-mail:  npicard@ruspclaw.com