**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| WARDELL ALLEN SR., *et al.,* individually and on behalf of other similarly situated individuals,<br><br>Plaintiffs,<br>v.<br><br>WASTE MANAGEMENT, INC., *et al..*<br><br>Defendants. | **Case No.: 2:09-cv-7055-AJM-DEK** |

## ORDER FOR DISMISSAL

Based on the Parties' submitted stipulation and good cause appearing therefrom,

IT IS HEREBY ORDERED that this matter be and is hereby dismissed with prejudice as to Defendants. Each party is to bear its own costs. This case is closed.

**IT IS SO ORDERED.**

DATED: _____

_____
Hon. Judge A.J. McNamara
UNITED STATES DISTRICT COURT